# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

USR Group, Inc., Appellant

              V.                     **CASE NUMBER: 1:06-CV-721(WKS)**

Wells Fargo Bank, N.A.,
Citibank (New York State)
    Appellees.

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of APPELLEES against APPELLANT denying as moot the appeal of Judge Littlefield's Order pursuant to the Order of the Hon. William K. Sessions, III, dated October 15, 2007.

DATED:    October 16, 2007

                                              Clerk of Court

LKB:lmp